

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00663-CR and 04-13-00713-CR

Dillan William **STANLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8100B
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

    The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to April 28, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court